## Case No. 7,274.

### JENKINS v. PORTER et al.

[2 Cranch, C. C. 116.] [3]

Circuit Court, District of Columbia. Dec. Term, 1815.

THE COURT (nem. con.) refused to order the defendant to give special bail, although in the action of replevin, there had been judgment for a return, etc.